IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
at MEMPHIS

| | |
|---|---|
| TAMIKA GUY HAWKINS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 2:07-cv-2004 |
| | ) |
| LIFE INSURANCE COMPANY OF | ) |
| NORTH AMERICA, | ) |
| | ) |
|     Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this civil action that have appeared hereby stipulate that this action is dismissed, with prejudice, and that no costs or fees should be awarded to any party.

WE SO STIPULATE:

s/ Robert Hardy
ROBERT HARDY
KENNETH MARGOLIS
100 North Main St. # 2601
Memphis, TN 38103
(901) 543-0866
(901) 543-0865 *Facsimile*

*Attorneys for Plaintiff*

s/Leigh M. Chiles
LEIGH M. CHILES (BPR 025809)
Baker, Donelson, Bearman, Caldwell &
Berkowitz, P.C.
165 Madison Ave., Suite 2000
Memphis, Tennessee 37103
(901) 577-2207
(901) 577-2303 *Facsimile*

*Attorneys for Defendant,*
*Life Insurance Company of North America*