```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```

TAMIKA GUY HAWKINS,

    Plaintiff,

VS.                                                  NO. 07-2004-MaP

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Defendant.

## ORDER OF DISMISSAL

The parties have submitted a "Stipulation of Dismissal With Prejudice" in this matter indicating that this matter may be dismissed. It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE. No costs or fees are awarded to either party.

Entered this 20th day of August, 2007.

                                        s/ Samuel H. Mays, Jr.
                                        UNITED STATES DISTRICT JUDGE

07-2004.Dismiss.wpd