```
            UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF TENNESSEE
                  WESTERN DIVISION
```

**TAMIKA GUY HAWKINS,**

    **Plaintiff,**

v.                                             Cv. No. 07-2004-Ma

**LIFE INSURANCE COMPANY
OF NORTH AMERICA,**

    **Defendant.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Order of Dismissal, docketed August 21, 2007.

**APPROVED:**

S/ *Samuel H. Mays Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| August 27, 2007 | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
|  | Jean Lee |
|  | (By) DEPUTY CLERK |